IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD DAVIS,

          Petitioner,                           ORDER

v.

                                           09-cv-45-slc

ROCK COUNTY SHERIFF SPODEN
and Lt. JUDE MAURER,

          Respondents.

---

      Petitioner Donald Davis, a prisoner at the Rock County jail in Janesville, Wisconsin, has submitted a proposed complaint. He has not paid the $350 filing fee or submitted a trust fund account statement covering the six-month period immediately preceding the filing of his complaint. Therefore, I construe petitioner's complaint to include a request for leave to proceed *in forma pauperis*. From a trust fund account statement petitioner submitted in another case in this court, Davis v. Spoden, case no. 09-cv-2-bbc, it appears that petitioner presently has no means with which to pay an initial partial payment of the $350 fee for filing his complaint. However, petitioner should be aware that he is obligated to pay the $350 filing fee, even if this court determines that he will not be permitted to proceed with his complaint *in forma pauperis* and even if he does not presently have funds with which to pay the fee. 28 U.S.C. § 1915(b)(1). His account will be monitored and the fee must be taken in monthly installments when the funds exist.

      Accordingly, IT IS ORDERED that petitioner's complaint is taken under advisement. As

1

soon as the court's calendar permits, petitioner's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Petitioner will be notified promptly when such a decision has been made.

Further, the clerk of court is requested to insure that the court's financial records reflect that petitioner owes the $350 fee for filing this case, in accordance with the requirements of the Prison Litigation Reform Act.

Entered this 28th day of January, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge